THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY LEWIS, Appellant, v. ANNA LEWIS, Respondent.— Order denying motion to vacate and set aside order granting alimony, etc., reversed upon the law, without costs, and motion granted, without costs, on the ground that the order of September 24, 1926, sought to be vacated by the motion, improperly included therein a direction for the payment

---

* See *ante*, p. 739.— [REP.

of money by relator to respondent. (*People ex rel. Klee* v. *Klee*, 202 App. Div. 592.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.